# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSIE BASCOMB, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 2:18-cv-00064-KOB |
| | ) | |
| **EXPRESS COURIER** | ) | |
| **INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This matter comes before the court on the parties' "Joint Motion to Transfer Venue to Finalize Settlement." (Doc. 40). The parties seek to transfer this case because it is one of 13 related cases involving more than 700 plaintiffs, all of which were mediated together. The parties in the cases have all agreed to a global settlement and wish to present the settlement before a single court—the United States District Court for the Southern District of Texas, Houston Division—so that the settlement agreement can be finalized and the cases can be dismissed.

Pursuant to 28 U.S.C. § 1404(a), "a district court may transfer any civil action to any other district or division […] to which all parties have consented" to promote convenience and the interests of justice. 28 U.S.C. § 1404(a). In this case, all parties have consented to the transfer of venue. Further, the finalization of the settlement in this case, along with the related cases covered by the settlement agreement, will effectuate the efficient and just resolution of this matter. Accordingly, the court GRANTS the parties' joint motion for transfer of venue and

1

TRANSFERS this case to the United States District Court for the Southern District of Texas, Houston Division.

**DONE** and **ORDERED** this 23rd day of January, 2020.

_/s/ Karon O. Bowdre_
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE