# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:18–cv–00064–KOB

| | |
|---|---|
| Bascomb et al v. Express Courier International Inc et al | Date Filed: 01/12/2018 |
| Assigned to: Chief Judge Karon O Bowdre | Date Terminated: 01/23/2020 |
| Cause: 29:201 Fair Labor Standards Act | Jury Demand: Plaintiff |
| | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jessie Bascomb**                                    represented by   **Daniel P Evans**
THE EVANS LAW FIRM PC
1736 Oxmoor Road Suite 101
Birmingham, AL 35209
205–870–1970
Fax: 205–870–7763
Email: dpevans@evanslawpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
SANFORD LAW FIRM PLLC
One Financial Center
650 South Shackleford
Suite 411
Little Rock, AR 72211
501–221–0088
Fax: 888–787–2040
Email: west@sanfordlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Ste 411
Little Rock, AR 72211
501–221–0088
Fax: 888–787–2040
Email: west@sanfordlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Askins**                                    represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robbie Adams**                              represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hussam Alholwany**                          represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberto Arnold**                            represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Andrew Ayers                                    represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Leroy Baines                                    represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joe Batie                                       represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Beall**                                              represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Bell**                                              represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Belser**                                             represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Beville**                                              represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Binkley**                 represented by **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Blue**                 represented by **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Bonner**                 represented by **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Boyd**                          represented by   **Daniel P Evans**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Josh Sanford**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joshua Lee West**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanica Bradley**                      represented by   **Daniel P Evans**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Josh Sanford**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joshua Lee West**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Bray**                          represented by   **Daniel P Evans**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Josh Sanford**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joshua Lee West**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Brown**                                    represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reginald Brown**                                       represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Brown**                                         represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brazzie Brown, Jr**                                    represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfonzo Bryant**                          represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tasha Burrell**                          represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Butler**                          represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Byrd**                                      represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Cahill**                                  represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Cash**                                  represented by   **Daniel P Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fredrick Clarke**                             represented by   **Daniel P Evans**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Josh Sanford**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Joshua Lee West**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamil Pride**                                 represented by   **Josh Sanford**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Joshua Lee West**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daniel P Evans**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony Smith**                                  represented by   **Josh Sanford**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Joshua Lee West**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daniel P Evans**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerryl Todd**                                 represented by   **Josh Sanford**
                                                (See above for address)
                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Walker**                                     represented by   **Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun Younger**                                     represented by   **Josh Sanford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Lee West**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Express Courier International Inc**                 represented by   **Adam Carl Smedstad**
SCOPELITIS GARVIN LIGHT HANSON &
FEARY PC
3214 W. McGraw Street
Suite 301F
Seattle, WA 98199
206–288–6192
Fax: 260–299–9375

Email: CADocketing@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Butcher**
SCOPELITIS GARVIN LIGHT HANSON &
FEARY PC
30 West Monroe Street, Suite 600
Chicago, IL 60603
312−255−7200
Fax: 312−422−1224
Email: abutcher@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Andrewscavage**
SCOPELITIS GARVIN LIGHT HANSON &
FEARY PC
30 West Monroe Street; Suite 600
Chicago, IL 60603
312−255−7200
Fax: 312−422−1224
Email: candrewscavage@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily A Quillen**
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
777 Main Street
Suite 3450
Fort Worth, TX 76102
817−869−1700
Email: equillen@scopelitis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R Brett Adair**
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 25216
205−949−2930
Fax: 205−822−2057
Email: badair@carrallison.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EMP LSO Holding Corporation**                     represented by **Adam Carl Smedstad**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Butcher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Andrewscavage**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily A Quillen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R Brett Adair**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2018 | Ï 1 | COMPLAINT against EMP LSO Holding Corporation and Express Courier International Inc, filed by Willie Bray, Shanica Bradley, Andrew Ayers, George Cahill, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Mary Beville, Leroy Baines, Jonathan Bonner, Michelle Cash, David Binkley, Kimberly Blue, Reginald Brown, Fredrick Clarke, Barry Askins, Jerry Byrd, Roberto Arnold, Sandra Brown, Tasha Burrell, Joe Batie, John Butler, Alfonzo Bryant, Christopher Brown, Brazzie Brown, Jr, Kenneth Bell, Angela Boyd, Robbie Adams, et al.(SAC ) (Entered: 01/12/2018) |
| 01/12/2018 | Ï 2 | Request for service by certified mail, filed by all plaintiffs. (SAC ) (Entered: 01/12/2018) |
| 01/18/2018 | Ï | Filing Fee: Filing fee $ 400, ALND receipt#: B4601086099/ receipt_number 1126–3007566. related document 1 COMPLAINT against EMP LSO Holding Corporation and Express Courier International Inc, filed by Willie Bray, Shanica Bradley, Andrew Ayers, George Cahill, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Mary Beville, Leroy Baines, Jonathan Bonner, Michelle Cash, David Binkley, Kimberly Blue, Reginald Brown, Fredrick Clarke, Barry Askins, Jerry Byrd, Roberto Arnold, Sandra Brown, Tasha Burrell, Joe Batie, John Butler, Alfonzo Bryant, Christopher Brown, Brazzie Brown, Jr, Kenneth Bell, Angela Boyd, Robbie Adams, et al.(SAC ). (Evans, Daniel) Modified on 1/22/2018 (SAC ). (Entered: 01/18/2018) |
| 01/18/2018 | Ï 3 | Summons Issued as to EMP LSO Holding Corporation and Express Courier International Inc.; given to plaintiff at intake. (SAC ) (Entered: 01/22/2018) |
| 02/06/2018 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke. (Evans, Daniel) (Entered: 02/06/2018) |

| 02/06/2018 | Ï | PHV Fee paid: $ 50, ALND receipt#: B4601086561/ receipt number 1126–3022215. (Evans, Daniel) Modified on 2/7/2018 (SAC ). (Entered: 02/06/2018) |
|---|---|---|
| 02/13/2018 | Ï 5 | TEXT ORDER granting 4 Motion to Admit Joshua West Pro Hac Vice. The court advises counsel that it may require at least one attorney for each party to be physically present at every hearing and status conference. Signed by Chief Judge Karon O Bowdre on 2/13/18. (MMW) (Entered: 02/13/2018) |
| 02/14/2018 | Ï 6 | NOTICE of Appearance by R Brett Adair on behalf of Express Courier International Inc (Adair, R) (Entered: 02/14/2018) |
| 04/11/2018 | Ï 7 | AMENDED COMPLAINT *FIRST AMENDED AND SUBSTITUTED COMPLAINT* against All Defendants, filed by Shanica Bradley, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Jamil Pride, Michelle Cash, David Binkley, Kimberly Blue, Fredrick Clarke, Jerryl Todd, John Butler, Angela Boyd, Joseph Walker, Willie Bray, Andrew Ayers, George Cahill, Leroy Baines, Mary Beville, Jonathan Bonner, Reginald Brown, Barry Askins, Shaun Younger, Roberto Arnold, Jerry Byrd, Tony Smith, Sandra Brown, Joe Batie, Tasha Burrell, Christopher Brown, Alfonzo Bryant, Kenneth Bell, Brazzie Brown, Jr, Robbie Adams.(Evans, Daniel) (Entered: 04/11/2018) |
| 04/12/2018 | Ï 8 | WAIVER OF SERVICE Returned Executed by Shanica Bradley, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Jamil Pride, Michelle Cash, David Binkley, Kimberly Blue, Fredrick Clarke, Jerryl Todd, John Butler, Angela Boyd, Joseph Walker, Willie Bray, Andrew Ayers, George Cahill, Leroy Baines, Mary Beville, Jonathan Bonner, Reginald Brown, Barry Askins, Shaun Younger, Roberto Arnold, Jerry Byrd, Tony Smith, Sandra Brown, Joe Batie, Tasha Burrell, Christopher Brown, Alfonzo Bryant, Kenneth Bell, Brazzie Brown, Jr, Robbie Adams. EMP LSO Holding Corporation waiver sent on 4/12/2018, answer due 6/11/2018. (Evans, Daniel) (Entered: 04/12/2018) |
| 04/12/2018 | Ï 9 | WAIVER OF SERVICE Returned Executed by Shanica Bradley, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Jamil Pride, Michelle Cash, David Binkley, Kimberly Blue, Fredrick Clarke, Jerryl Todd, John Butler, Angela Boyd, Joseph Walker, Willie Bray, Andrew Ayers, George Cahill, Leroy Baines, Mary Beville, Jonathan Bonner, Reginald Brown, Barry Askins, Shaun Younger, Roberto Arnold, Jerry Byrd, Tony Smith, Sandra Brown, Joe Batie, Tasha Burrell, Christopher Brown, Alfonzo Bryant, Kenneth Bell, Brazzie Brown, Jr, Robbie Adams. Express Courier International Inc waiver sent on 4/12/2018, answer due 6/11/2018. (Evans, Daniel) (Entered: 04/12/2018) |
| 04/18/2018 | Ï 10 | MOTION for Leave to Appear Pro Hac Vice *Emily A. Quillen* by Express Courier International Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Adair, R) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice *Charles Andrewscavage* by Express Courier International Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Adair, R) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice *Andrew Joseph Butcher* by Express Courier International Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Adair, R) (Entered: 04/18/2018) |
| 04/18/2018 | Ï 13 | MOTION for Leave to Appear Pro Hac Vice *Adam C. Smedstad* by Express Courier International Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Adair, R) (Entered: 04/18/2018) |
| 04/23/2018 | Ï | PHV Fee paid for attorneys: 1) Quillen, 2) Scavage, 3) Butcher, and 4) Smedstad; $200.00, ALND receipt number B4601088437. (SAC ) (Entered: 04/24/2018) |
| 04/25/2018 | Ï 14 | ORDER granting Motions to Admit Emily A. Quillen (doc. 10), Charles Andrewscavage (doc. 11), Andrew Joseph Butcher (doc. 12), and Adam C. Smedstad (doc. 13) Pro Hac Vice. The court |

| | | |
|---|---|---|
| | | advises counsel that it may require at least one attorney for each party to be physically present at every hearing and status conference. Signed by Chief Judge Karon O Bowdre on 4/25/18. (MMW) (Entered: 04/25/2018) |
| 06/05/2018 | 15 | Corporate Disclosure Statement by EMP LSO Holding Corporation, Express Courier International Inc. filed by EMP LSO Holding Corporation, Express Courier International Inc (Adair, R) (Entered: 06/05/2018) |
| 06/05/2018 | 16 | Corporate Disclosure Statement by EMP LSO Holding Corporation, Express Courier International Inc. filed by EMP LSO Holding Corporation, Express Courier International Inc (Adair, R) (Entered: 06/05/2018) |
| 06/05/2018 | 17 | MOTION to Dismiss by EMP LSO Holding Corporation, Express Courier International Inc. (Adair, R) (Entered: 06/05/2018) |
| 06/05/2018 | 18 | Brief in Support of Defendant's Motion to Dismiss for Failure to State a Claim. (Attachments: # 1 Exhibit A)(Adair, R) Modified on 6/5/2018 (JLC). (Entered: 06/05/2018) |
| 06/06/2018 | 19 | ORDER SETTING BRIEFING SCHEDULE re 17 Defendants' Motion to Dismiss for Failure to State a Claim and 18 supporting brief– The Plaintiffs' response to the motion to dismiss will be due on or before June 27, 2018. Any reply brief, if necessary, will be due on or before July 10, 2018. Signed by Chief Judge Karon O Bowdre on 6/6/18. (SAC ) (Entered: 06/06/2018) |
| 06/18/2018 | 20 | Consent MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Dismiss by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. (West, Joshua) (Entered: 06/18/2018) |
| 06/19/2018 | 21 | TEXT ORDER: Plaintiffs' "Unopposed Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss" (Doc. 20) is GRANTED. Plaintiffs' response is due on or before July 18, 2018. Defendants' reply, if necessary, is due on or before August 1, 2018. Signed by Chief Judge Karon O Bowdre on 6/19/2018. (JWD) (Entered: 06/19/2018) |
| 07/16/2018 | 22 | RESPONSE to Motion re 17 MOTION to Dismiss filed by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. (Attachments: # 1 Exhibit 1: Op. and Order, Arroyo v. Express Courier Intl., Inc., No. 4:18−cv−10 (S.D. Tex. June 18, 2018), ECF No. 24)(West, Joshua) (Entered: 07/16/2018) |
| 07/31/2018 | 23 | REPLY to re 22 *to Plaintiff's Response to Defendants' Motion to Dismiss* filed by EMP LSO Holding Corporation, Express Courier International Inc. (Adair, R) (Entered: 07/31/2018) |
| 08/02/2018 | 24 | Evidentiary Material re: 23 REPLY (other) *Notice of Supplemnetal Authority*. (Attachments: # 1 Exhibit Exhibit A)(Adair, R) (Entered: 08/02/2018) |
| 08/30/2018 | 25 | MOTION for Leave to Appear Pro Hac Vice by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun |

| | | |
|---|---|---|
| | | Younger. (Attachments: # 1 Exhibit A – Court Admissions, # 2 Exhibit B – Certificate of Good Standing, # 3 Exhibit C – Certification of Josh Sanford)(Evans, Daniel) (Entered: 08/30/2018) |
| 08/30/2018 | ï | PHV Fee paid for Josh Sanford in the amount of $50.00, Credit Card receipt number 1126–3163503, NDAL receipt #B4601091639. (Evans, Daniel) Modified on 8/31/2018 (JLC). (Entered: 08/30/2018) |
| 09/04/2018 | 26 | TEX ORDER granting 25 Motion to Admit Josh Sanford Pro Hac Vice. The court advises counsel that it may require at least one attorney for each party to be physically present at every hearing and status conference. Signed by Chief Judge Karon O Bowdre on 9/4/18. (MMW) (Entered: 09/04/2018) |
| 10/05/2018 | 27 | MEMORANDUM OPINION. Signed by Chief Judge Karon O Bowdre on 10/5/2018. (JLC) (Entered: 10/05/2018) |
| 10/05/2018 | 28 | ORDER GRANTING 17 MOTION to Dismiss and the Court hereby DISMISSES WITHOUT PREJUDICE, Plaintiffs' 7 First Amended Complaint. The Court GRANTS Plaintiffs leave to file a Second Amended Complaint on or before November 5, 2018 in accordance with the 27 Memorandum Opinion entered contemporaneously herewith. Signed by Chief Judge Karon O Bowdre on 10/5/2018. (JLC) (Entered: 10/05/2018) |
| 11/05/2018 | 29 | AMENDED COMPLAINT against Express Courier International Inc, filed by Shanica Bradley, Jerome Belser, Hussam Alholwany, Sandra Beall, Jessie Bascomb, Jamil Pride, Michelle Cash, Kimberly Blue, Jerryl Todd, John Butler, Angela Boyd, Joseph Walker, Willie Bray, Andrew Ayers, George Cahill, Leroy Baines, Jonathan Bonner, Reginald Brown, Barry Askins, Roberto Arnold, Jerry Byrd, Tony Smith, Shaun Younger, Sandra Brown, Joe Batie, Tasha Burrell, Christopher Brown, Alfonzo Bryant, Kenneth Bell, Brazzie Brown, Jr, Robbie Adams.(West, Joshua) (Entered: 11/05/2018) |
| 11/19/2018 | 30 | MOTION to Dismiss *Second Amended Complaint* by Express Courier International Inc. (Adair, R) (Entered: 11/19/2018) |
| 11/19/2018 | 31 | Brief re 30 MOTION to Dismiss *Second Amended Complaint* . (Adair, R) (Entered: 11/19/2018) |
| 11/20/2018 | 32 | ORDER SETTING BRIEFING SCHEDULE – This case comes before the court on Defendant Express Courier International's motion to dismiss the Plaintiffs' second amended complaint. (Doc. 30 ). The Plaintiffs' response to the motion to dismiss will be due on or before December 13, 2018. Any reply brief, if necessary, will be due on or before January 4, 2019. Signed by Chief Judge Karon O Bowdre on 11/20/2018. (KEK) (Entered: 11/20/2018) |
| 12/11/2018 | 33 | Joint MOTION to Stay *to Permit the Parties to Participate in Mediation* by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. (West, Joshua) (Entered: 12/11/2018) |
| 12/11/2018 | 34 | ORDER DIRECTING the Clerk to TERM Defendant's 30 MOTION to Dismiss Second Amended Complaint because the parties will seek resolution of this matter through Mediation. ORDER GRANTING 33 Joint MOTION to Stay and the Court STAYS the proceedings in this case until March 1, 2019. The Court ORDERS the parties to file a Joint Status Report on or before March 14, 2019, informing the Court of the outcome of the Mediation. Signed by Chief Judge Karon O Bowdre on 12/11/2018. (JLC) (Entered: 12/11/2018) |
| 03/14/2019 | 35 | STATUS REPORT *(JOINT) re: Settlement and Request to Hold Deadlines in Abeyance* by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie |

| | | |
|---|---|---|
| | | Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. filed by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger (West, Joshua) (Entered: 03/14/2019) |
| 03/15/2019 | 36 | TEXT ORDER: The court further STAYS all deadlines in this case so the parties may work through executing their settlement agreement. The court ORDERS the parties to file a joint status report on May 14, 2019, and every 60 days thereafter, informing the court of the status of the settlement. Signed by Chief Judge Karon O Bowdre on 03/15/2019. (MCP) (Entered: 03/15/2019) |
| 05/14/2019 | 37 | STATUS REPORT *(Joint)* by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. filed by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger (West, Joshua) (Entered: 05/14/2019) |
| 07/12/2019 | 38 | STATUS REPORT by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger. filed by Robbie Adams, Hussam Alholwany, Roberto Arnold, Barry Askins, Andrew Ayers, Leroy Baines, Jessie Bascomb, Joe Batie, Sandra Beall, Kenneth Bell, Jerome Belser, Mary Beville, David Binkley, Kimberly Blue, Jonathan Bonner, Angela Boyd, Shanica Bradley, Willie Bray, Brazzie Brown, Jr, Christopher Brown, Reginald Brown, Sandra Brown, Alfonzo Bryant, Tasha Burrell, John Butler, Jerry Byrd, George Cahill, Michelle Cash, Fredrick Clarke, Jamil Pride, Tony Smith, Jerryl Todd, Joseph Walker, Shaun Younger (West, Joshua) (Entered: 07/12/2019) |
| 09/10/2019 | 39 | STATUS REPORT *(Joint) per Order at ECF No. 36* by Jessie Bascomb. filed by Jessie Bascomb (West, Joshua) (Entered: 09/10/2019) |
| 01/16/2020 | 40 | Joint MOTION to Change Venue *to United States District Court for the Southern District of Texas, Houston Division, to Finalize Settlement* by Jessie Bascomb. (Attachments: # 1 Text of Proposed Order Granting Motion to Transfer)(West, Joshua) (Entered: 01/16/2020) |
| 01/23/2020 | 41 | ORDER GRANTING 40 Joint MOTION to Change Venue to the United States District Court for the Southern District of Texas, Houston Division, to Finalize Settlement. ORDER transferring case to the Southern District of Texas; Original electronic record and certified copies of docket entries will be electronically mailed to the Clerk of Court 10 business days from this date. Signed by Judge Karon O Bowdre on 1/23/2019. (JLC) (Entered: 01/23/2020) |